### CHRISTIAN H. DRIBUSCH
#### TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

(518) 436-1662

FAX: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

JUNE 7, 2011

Re:   In re PHILLIPS, THOMAS J
      PHILLIPS, KATHY E
      Case No. 07-60775-DD-7
      Debtor(s) Social Security Number(s)- Last 4 digits
      Debtor SSN: xxx-xx-9053    Joint Debtor SSN: xxx-xx-0175

Dear Massena Memorial Hospital,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---|---|---|---|
| 7 | 64.38 | 16.74 | Total Payment - This Distribution: 1.79 |
| | | | |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

Massena Memorial Hospital
One Hospital Drive
Massena NY 13662

FILED
JUN 08 2011
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

RECEIVED
2011 JUN -8 AM 10:55
CLERK OF THE BANKRUPTCY COURT
N.D. OF NY
UTICA

6/7/2011 9:38 AM

rec. # 61100293